E-FILED
Wednesday, 23 February, 2011  11:04:24 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

FEB 22 2011

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 11- 3009-M |
| KENNETH R. TERPENING | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   Jan. 3, 2011 through Feb. 9, 2011   in the county of   Morgan   in the

Central   District of   Illinois   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 659 | Theft of goods from interstate shipment |
| 18 U.S.C. 2314 | Interstate transportation of stolen property |
| 18 U.S.C. 876(d) | Mailing of threatening communications |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

s/ David Harmon

_____
*Complainant's signature*

David Harmon, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

s/ Byron G. Cudmore

Date:   02/22/2011

_____
*Judge's signature*

City and state:   Springfield, Illinois

Byron G. Cudmore, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, DAVID HARMON, having been first duly sworn, state:

1.    I am a Special Agent with the Federal Bureau of
Investigation ("FBI"), assigned to the FBI's Springfield Division.
I have been a Special Agent with the FBI for approximately 8 years.
I am currently assigned to the Joint Terrorism Task Force.

2.    This affidavit is made in support of criminal complaint
charging the defendant, KENNETH R. TERPENING ("TERPENING"), with
theft of goods from interstate shipment, in violation of 18 U.S.C.
§ 659; interstate transportation of stolen property, in violation
of 18 U.S.C. § 2314; and mailing of threatening communications, in
violation of 18 U.S.C. § 876(d).

3.    This affidavit is based on, among other things, my personal
knowledge, information from other law enforcement agents and
officers, and information from persons with knowledge regarding
relevant facts. Because I am submitting this affidavit for the
limited purpose of obtaining a criminal complaint and arrest warrant,
I have not necessarily included each and every fact known to me
concerning this investigation.

**PROBABLE CAUSE**

4.    Fox Trucking is located in Jacksonville, Illinois, within
the Central District of Illinois. Fox Trucking is owned by James
Mark Fox ("Fox"). Fox's son, James Lucas Fox (also known as Luke
Fox) works as a dispatcher for Fox Trucking. Fox hired TERPENING

as a truck driver in or around September, 2010.

5.    On December 28, 2010, TERPENING picked up cargo from Munters Corporation in Ft. Myers, Florida.  The cargo consisted of manufactured parts valued at approximately $196,800 and was to be delivered at a power company in Point of Rocks, Wyoming, on or about January 3, 2011.  When Fox Trucking received the cargo it became financially responsible for it until delivery.  At that time, TERPENING was driving a 2001 Blue Kenworth semi-truck (assigned number 53 by Fox Trucking) and a 2003 Silver Transcraft trailer (assigned number 57A by Fox Trucking).  The semi-truck and trailer, both owned by Fox Trucking, are valued at $20,000 and $15,000 respectively.  The load was not delivered to Point of Rocks, Wyoming.

6.    On December 28, 2010, Fox received a fax of a handwritten two-page letter.  The transmission stamp shows that the letter was faxed from the Munters Corporation at 3:54 p.m. on December 28, 2010. The fax is addressed "TO FOX TRUCKING MARK FOX LUKE FOX" and is "FROM KEN TERPENING PUBLIC INVESTIGATOR".  The letter begins, "AS A MODE OF TRANSPORTATION @ NO [unreadable] TO ME TO OPEN/CLOSE MY PUBLIC INVESTIGATION(S) OF LAWYERS-POLICE-JUDGES ETC I AM PRECLUDED AND PRESCRIBED TO FOREGO ANY/ALL COMPENSATION, HOWEVER THE APPROX $21K STILL [unreadable] CAN/WILL BE FORWARDED TO MY CHILDREN JESSICA AND MARCELLA."  The letter includes a long list of purported lawsuits and is difficult to understand.  The letter concludes, "SO UNTIL I

2

CAN BECOME THE 'FUCKER' US 'FUCKER' I DEFER TO YOU WHAT YOU WANT TO
DO?  JOIN ME OR FORGET ME.  KEN".

    7.    On December 30, 2010, TERPENING was in Jacksonville,
Illinois, with the semi-truck he had driven to pick up the cargo from
the Munters Corporation in Ft. Myers, Florida.  That morning
TERPENING provided the truck to Danny Collins, who Fox employs to
perform regular maintenance and repairs of Fox's trucks and trailers.
TERPENING dropped off the semi-truck, but not the trailer.  Collins
serviced truck number 53 on December 31, 2010, and described his work
on a repair and maintenance record.  TERPENING returned and picked
up the truck on January 3, 2011.

    8.    On January 1, 2011, Fox found a basket at the front door
of his residence filled with women's bath products and two
handwritten letters.  One letter was addressed "TO MARK" and was
"FROM KEN", under which was written "IN RE PARTING WAYS?"  In the
letter, TERPENING alleged making repairs to Fox's trucks and wrote,
"TO CLOSE OUT OUR TOTAL AMOUNT DUE TO INCLUDE THIS LOAD FOR THURSDAY
DELIVERY, WILL BE $18K.  A TOTAL OF $27K IS A FAIRLY ACCURATE AMOUNT
WITH ALL THINGS CONSIDERED, INCLUDING HELPING LUKE OUT OF JAMS.  THIS
$18K CAN BE MAILED IN TWO (2) SASE SMALL PRIORITY MAILERS ALONG WITH
ANY/ALL INVOICES AND ENVELOPES PROVIDED PRIOR FOR YOUR INFO.  IF
AGREED SO BE IT!  Ken."  At the bottom of the page, TERPENING added,
"ALL MONIES/INVOICES NEED TO BE IN KIDS [sic] HANDS BY WEDNESDAY

3

1/5/11."

9.    The second letter was addressed "TO MARK-LUKE" and was "FROM KEN", under which was written "IN RE PROBLEMS?"  The letter began, "YES I FORSEE [sic] REAL PROBLEMS LOOMING AS GARY AND TO A [sic] EXTENT DEANO SPRAY NOW ENTER INTO THE PICTURE."

10.    Fox explained to the affiant that Gary Spray was a former dispatcher for Fox Trucking.  Gary's brother, Dean Spray (also known as Deano), is a currently employed by Fox as a truck driver.

11.    The letter continued, "TO CUT SHORT W/NO BULL SHIT I CONTACTED GARY TO INQUIRE ABOUT A PREVIOUS LOAD/BROKER TO NO AVAIL BUT WAS WELCOMED TO A TIRADE AND/OR DISCORSE [sic] ABOUT THE FOX TRUCKING, AGAIN LONG STORY W/O BULLSHIT HE INDICATED TO ME THE BITTERNESS AGAINST YOU, HIS TOTAL DISREGARD FOR LUKE, AND HIS MOTIVE(S) FOR FUTURE REVENGE.  I INFORMED HIM OF MY PRESENT/FUTURE W/FOX AND THAT COULD/WOULD BE A MISTAKE."

12.    The letter continued, "THE THING HE IS HANGING HIS HAT ON IS THE MOVING THE CAT FROM EAST TO INDEPENDENCE MO W/O PERMITS.  YES HE IS CORRECT ABOUT THE AUTOMATIC SUSPENSION OF OPERATING AUTHORITY (PROBABLY 30 DAYS OR UPON REVIEW) AND A FELONY CONVICTION OF LUKE (BY SIGNING A FAX/CONFIRMATION AGREEMENT TO MOVEMENT - W/PERMITS - AND NOT OBTAINING - WIRE FRAUD - IF DENIES A FELONY FOR PERJURY - OR OBSTRUCTION OF JUSTICE THREE STATES OR FOUR OHIO, INDIANA, ILLINOIS, MISSOURI.)  I [unreadable] WHY AND HE IS STILL BITTER ABOUT

4

THE WAY IT WAS HANDLED, AND WAS PAYED [sic]. I INFORMED HIM THAT
I WOULD SEEK A SEVERANCE CHECK FOR HIM FOR $500."

13. Fox explained to the affiant that TERPENING was referring
to equipment Deano Spray transported that was over-height. Fox
Trucking paid for the proper permits to transport the load, but the
permits were delayed, so with Deano Spray's consent, Luke Fox told
Deano to transport the load before the permits were received.

14. The letter concluded, "I INFORMED GARY THAT I WOULD BE
FORCED TO PUT HIM IN A BARRELL [sic] SIMILAR TO THE ONES IN THE BACK
OF MY PICKUP IF HE EVER ATTEMPTED TO FUCK W/FOX TRUCKING, AND I WARNED
DEANO TO BE VERY CAREFUL AS I HAVE KNOWN OF DEANO FOR AT LEAST 20
YEARS. At the bottom of the letter was the signature "Ken".

15. On or about January 5, 2011, at approximately 7:30 a.m.,
Fox received a telephone call from TERPENING, in which TERPENING
asked Fox to meet with TERPENING's son-in-law, Ryan, in the parking
lot of Walmart in Jacksonville at 10:00 a.m. Fox owed TERPENING
approximately $2,800 for previous loads delivered and for
out-of-pocket expenses and planned to pay when TERPENING returned
from Wyoming. Fox thought TERPENING wanted him to meet Ryan to
discuss the amount owed.

16. Sometime after this call, Fox received a telephone call
from his insurance agent. The agent informed Fox that he had
received a voicemail at about 2:00 a.m. from an individual who

5

described overloaded shipments across state lines by Fox Trucking and informed the agent that a lawsuit was being filed regarding this issue.

17.   At approximately 10:00 a.m., Fox met TERPENING's son-in-law, Ryan, at the Walmart parking lot.   Ryan indicated he was on the phone with TERPENING.   Fox informed Ryan he would call TERPENING's cell-phone.   Fox informéd the affiant he wanted to talk to TERPENING about the voicemail left with the insurance agent. TERPENING did not answer Fox's phone calls.   Fox asked Ryan what was going on with TERPENING and Ryan simply shrugged his shoulders and said nothing.   Fox informed Ryan that Fox needed to speak to TERPENING about TERPENING's requests before Fox would pay TERPENING any money.   Fox informed the affiant that the meeting with Ryan was cordial.

18.   The next day, on January 6, 2011, Fox received a fax of a two-page handwritten letter.   The fax transmission stamp showed it was sent from a Staples store in Jacksonville, Illinois.   The first three lines of the letter were "TO FOX TRUCKING", "FROM KEN TERPENING", "IN RE YOUR PROBLEM".

19.   The letter indicates that the truck, trailer, and cargo were in a storage building in Granite City, Illinois.   The letter also demands $10,000 cash and 10 new truck tires and rims and states, "YOU HAVE UNTIL 12:30 TODAY TO BRING ALL ITEMS TO DOLLAR GENERAL

6

WINCHESTER ILLINOIS OR MECHANICS/WAGE LEIN [sic] TO BE FILED IN COUNTY OF STORAGE IN WHICH / OR RATHER COURT WILL CONVENE AND UNITS WILL NOT BE RELEASED UNTIL LIEN IS PAYED [sic] IN FULL." The letter concludes, "YOU ARE NOT TO TALK W/ME OR MY FAMILY! STAY AWAY YOU HAVE BEEN FORWARNED [sic]!" The letter is signed by "KEN."

20.  Fox informed the affiant that immediately upon receiving this fax he went to the Staples in Jacksonville, Illinois, in an attempt to find TERPENING. Fox did not find TERPENING there but did pick up items left at the Staples, including TERPENING's driver's log, permit book, bills, and fuel tickets. The driver's log indicates TERPENING drove from Ft. Myers, Florida, to Jacksonville, Illinois, where he arrived on December 30, 2010. Leaving Jacksonville on January 3, 2011, the log indicates TERPENING drove to Cameron, Missouri; Henderson, Nebraska; and Rawlins, Wyoming. This route corresponds to the purchases of fuel with the Fox Trucking card issued to TERPENING.

21.  On the morning of January 8, 2011, Fox discovered a three-page fax on his machine. There was no transmission stamp on the pages to show when or from where the fax was transmitted. One page was a handwritten letter (the "demand letter"). The first three lines at the top of the demand letter are "TO FOX TRUCKING", "FROM KEN TERPENING", "IN RE PERFECTION OF LIENS". On the top right corner was the date "1/7/11" next to "TODAY IS OPEN!"

7

22.  The demand letter states, "BE ADVISED THAT LIEN FILED OR PERFECTION HAS BEEN OBTAINED IN TWO (2) COUNTIES THAT YOU HAVE DONE BUSINESS AS PRESCRIBED BY LAW.  NOW I CAN WAIVE LIENS TEMERARILY [sic] FOR ME TO DELIVER LOAD MONDAY IN POINT OF ROCKS AT 7AM BUT I STILL NEED NOW $15,000 IN CASH.  I STILL NEED 10 NEW TIRES/RIMS W/60 LUGNUTS [sic].  I NOW NEED A [sic] ALTERNATOR."  "YOU CAN LEAVE TIRES ON WALL @ DOLLAR GENERAL FACING JO/BUCKS RESTARANT [sic] AND PUT MONEY IN BANK BAG - LEAVE WITH CASHIER!  ALL AT DOLLAR GENERAL WINCHESTER ILLINOIS!"

23.  A page from the bill of lading for the load TERPENING took possession of in Florida and a mechanic's lien were pages two and three of the fax.  The lien was a typed-print form for the State of Illinois.  The county of "ADAMS" is handwritten on the form. TERPENING, who was listed as the claimant, represented he was owed a balance of $65,000.  TERPENING indicated $50,000 was a contract amount and $15,000 was extra work and labor.  TERPENING signed the lien and had it notarized.

24.  On January 8, 2011, Fox received a second three-page fax. The transmission stamp showed the fax was sent that day at 11:53 a.m. from Woodforest National Bank, which is in Macomb, Illinois.  This fax, like the first one received on January 8, 2011, consisted of the demand letter, a lien, and a page from the bill of lading for the load TERPENING picked up in Florida.

8

25. The demand letter appears to be the same demand letter Fox received earlier that day, except that the word "MONDAY" is crossed out and "TUESDAY" is written in as the day the load could be delivered. The lien appears to be the same as the one included in the previous fax Fox discovered earlier that day. The page from the bill of lading also appears to be the same, except a handwritten note at the bottom that states, "MY NAME IS ON THE BILLS FOOL".

26. On January 9, 2011, Fox received another fax. The transmission stamp indicates the fax was sent from "Chistys Fuel", fax number 314-868-8368, which is in St. Louis, Missouri. One page is a mechanic's lien allegedly filed in St. Louis County, Missouri, showing TERPENING as the claimant owed $65,000. This lien appears to be the same as a lien previously faxed to Fox except the State of "MISSOURI" is handwritten, as is the county of "ST. LOUIS." This St. Louis County lien and the Adams County lien were notarized on the same day by the same notary public.

27. The other page is a mechanic's lien allegedly filed in Madison County, Illinois. This lien appears to be the same as the two other liens except for the county of "MADISON" is filled in. The top left corner of this lien is partially covered by what appears to be two business cards.

28. On one card the following appears in typed-print:

9

KEN TERPENING
Guardian Angel
(White Angel of Death)
Gives Passage
to: _____
with/without exceptions

On the card, the word "Gives" is scratched out and the word "NO" is handwritten in. On the "to" line, the name "James Mark Fox" is handwritten.

29. The other business card appears underneath the TERPENING card. This card was also in typed-print and is for Lucifer "Luke" Rogers, Public Observer, Specializing in: Repos, Subversions, Subterfuge, Evading, Ignorance, Stupidity.

30. On January 9, 2011, Fox received another two-page fax. The fax transmission stamp showed the pages were sent at 12:29 from OFFICE DEPOT #28, fax number 314-351-9255, which is in St. Louis, Missouri. The first page is the handwritten demand letter previously faxed to Fox with a few additions. The date "1/9/11" is written under "1/7/11" in the top right corner. The letter adds that liens have been filed "IN THREE (3) STATES IL-MO-IA". Under the letter's demands is added, "SOON A [sic] ALTERNATOR / ENGINE COMMAND MODULE WIRING HARNESS

31. The second page is the same mechanic's lien allegedly filed in Madison County, Illinois, with the TERPENING, White Angel of Death, and the Lucifer "Luke" Rogers, Public Observer, cards in the

10

top left corner.

32.  On January 10, 2011, Fox received a five-page fax.  The transmission stamp showed it was sent on that day at 09:42 from STAPLES, fax number 217-726-8919, which is in Springfield, Illinois.

33.  Page one of the fax was a $65,000 mechanic's lien that appears to be the same as the liens previously faxed to Fox.  However, unlike the previous faxed liens no county is handwritten on the form.

34.  Page two is an annual vehicle inspection report form dated September 19, 2010, for a trailer with the fleet unit number 47-D. This is not the trailer in TERPENING's possession.  The inspection report lists Fox Trucking as the motor carrier operator, and Danny Collins as the Inspector.

35.  Page three of the fax is the demand letter previously faxed to Fox with a few additions.  The date "1/10/11" is handwritten under "1/9/11" and the delivery date of "TUESDAY" is crossed out and replaced with "WEDNESDAY - DEPENDING ON WEATHER".

36.  Page four of the fax includes a number of items.  Among the items are copies of three business cards: (1) the card of Kenneth R. Terpening II, Public Investigator, Specializing in: Lawyers, Judges, Police; (2) the card of Lucifer "Luke" Rogers, Public Observer; and (3) a card purportedly for the FBI, Springfield Division.  This card has an FBI seal on it and the correct physical address, main telephone and fax numbers for the Springfield FBI

office.  This page also has a listing for the Anti-Terrorist and
Monetary Crimes Division of the FBI in Washington D.C.  A copy of
a $100 bill is also included on this page under a hand-written note:
"MORE SHIT TO DROP OFF LATER!"

37.  Page five appears to be a printed page from an e-mail
account with a subject of:  "FROM FBI OFFICE GET BACK TO US
IMMEDIATELY IF YOU DON'T WANT TO GO TO JAIL".

38.  On January 10, 2010, Fox received an envelope in the mail
at his residence.  The envelope was addressed to "JAMES MARK FOX"
at Fox's address and was from "TERPENING, GENERAL DELIVERY,
PITTSFIELD, ILLINOIS 62363."  Enclosed in the envelope was a
handwritten letter that stated, "BE READY TO INSERT ONE OR TWO OF
THE FOLLOWING ITEMS IN THE 'BIG BOX' $50,000.00 CASH OR 2 KW
[Kenworth] TITLES OR 1 VOLVO TITLE PLUS $25,000.00."

39.  Also on the letter are the following names and prison
sentences: "JAMES MARK FOX - 5-10 YEARS", "JAMES LUKE FOX - 50
YR-LIFE", "GARY SPRAY - 10-20 YEARS", "DEANO SPRAY - 10-20 YEARS".
Written under the names and prison sentences is, "PLUS INSURANCE
ISSUE / STATE-FEDERAL LAWSUIT."  Fox explained to the affiant that
the prison terms, insurance issue, and lawsuit were probably in
reference to the transporting of the over-height load across state
lines.

40.  The letter concludes, "SHOULD NOT OF FUCKED W/RYAN!".  Fox

12

told the affiant this was likely in reference to the conversation
Fox had with TERPENING's son-in-law, Ryan, in the Walmart parking
lot.

41.  Also enclosed in the envelope were copies of the mechanic's
lien TERPENING allegedly filed in Adams County, Illinois, the page
from the bill of lading for the shipment with the handwritten note
"MY NAME IS ON THE BILLS FOOL", and a copy of the letter previously
faxed to Fox.

42.  TERPENING included two other envelopes with postage on
them.  One envelope is addressed to "KENNETH R. TERPENING II, GENERAL
DELIVERY, PITTSFIELD, ILLINOIS 62363" and the other envelope is
addressed to one of TERPENING's daughters.

43.  On January 11, 2011, Fox received a four-page fax.  The
transmission stamp shows it was sent on that day at 11:56 from Office
Depot, fax number 217-698-4829, which is in Springfield, Illinois.
Page one was the demand letter previously faxed to Fox with one
addition.  The delivery day of "WEDNESDAY" is crossed out and the
day "FRIDAY" is added.

44.  Page two is a mechanic's lien for $50,000 allegedly filed
in Sangamon County, Illinois, against James Mark Fox.  A $29.00
receipt from the Sangamon County Recorder for a recording fee appears
at the top left corner of the lien.

45.  Page three appears to be the same annual vehicle inspection

13

report for trailer 47-D that was included in the fax Fox received
on January 10, 2011.

46.  Page four includes copies of the Illinois Insurance
Identification Cards for the semi-truck and trailer in TERPENING's
possession.  Written on the card for the trailer is 57A, which is
the number assigned to the trailer by Fox Trucking.  Also on page
four is what appears to be an Illinois Department of Insurance
business card, with the address and seal.  Handwritten on the card
is "DICK IN ROOM 400 NEEDS TO TALK TO YOU SOON!"

47.  On January 12, 2011, Fox received a two-page fax.  The
transmission stamp shows it was sent on that day at 10:08 from Holiday
Inn Express, fax number 319-524-4114, which is in Keokuk, Iowa.  Page
one is the demand letter with the following addition: the dates
"1-11-11" and "1-12-11" were added under the dates "1-7-11,"
"1-9-11," and "1-10-11."  Page two includes the Illinois Insurance
Identification Cards for the truck and trailer and a handwritten note
that states, "MECHANICS LIEN BEING FILED NOW IN LEE COUNTY KEOKUK
IA!"

48.  On January 13, 2011, Fox received a five-page fax.  The
transmission stamp shows it was sent on that day at 12:07 from COM
STATE BANK BG, fax number 573-324-2559, which is in Bowling Green,
Missouri.  Page one is the demand letter.

49.  Page two is a handwritten letter to "FOX TRUCKING," from

14

"KEN TERPENING," "IN RE FINALIZATION." The letter states: "AS PER LOCAL/STATE/FEDERAL LAW I AM OBLIGATED TO ATTEMPT DELIVERY / OR [unreadable] LOAD TO A [sic] AUTHORIZED [unreadable]. HOWEVER AS PURSUANT TO LOCAL/STATE LAWS IN VARIOUS STATE(S) I AM NOT. SO SINCE I NOW HAVE OTHER ISSUES TO ATTEND TO I AM ADVISING FOX TRUCKING/TMC THAT UNLESS REQUESTS(S) DEMANDS(S) ARE NOT IN PLACE BY 1-15-11 12 NOON CST I WILL NOT BE ABLE TO DELIVER LOAD 1-17(HOLIDAY)-11 BUT 1-18-11 @ 7AM TO POINT OF ROCKS WYOMING, JIM BRIDGER POWER PLANT, AS I NEED TO BE BACK WED 1-19-11 FOR APPOINTMENT WITH WORKERS COMP COMMISSION, THURS-1-20-11 FOR APPOINTMENT WITH ILLINOIS DEPT OF REVENUE (WITHHOLDING DIVISION) AND FINALLY FRIDAY WITH FBI @ SPRINGFIELD ILLINOIS UNLESS THIS SORDID MESS IS CLEANED UP [and symbol] A "SIGNED" AGREEMENT IS REACHED." TERPENING appears to have signed the letter and had it notarized on January 13, 2011.

50. Page three of the fax is page one of a mechanic's lien allegedly filed on January 13, 2011, in Pike County, Missouri, listing TERPENING as the claimant and James Mark Fox, James Luke Fox, and Fox Trucking as the owner of the semi-truck and trailer in TERPENING's possession. TERPENING listed $7,500 for "MATERIALS OUT OF POCKET", $50,000 for "VERBAL/WRITTEN TRAINING/INVESTIGATIONS", and $7,500 for "OTHER VARIABLES".

51. Page four of the fax was page two of the mechanic's lien, which further explained the work performed and materials provided

15

and listed the total amount of all claims as $65,000. The page appears to be signed by TERPENING and notarized.

52. Page five of the fax is a photocopy of pages 182 and 183 of the book *1984*, by George Orwell, with the following portions underlined:

"We are the dead," he said.

"We are the dead," echoed Julia dutifully.

"You are the dead," said an iron voice behind them.

"You are the dead," repeated the iron voice.

"And by the way, while we are on the subject, *Here comes a candle to light you to bed, here comes a chopper to chop off your head.*"

53. On January 18, 2011, Fox received a three-page fax. The transmission stamp shows it was sent on that day at 10:52 from Eagle Business Products, fax number 573-754-3101, which is in Louisiana, Missouri. Page one is a handwritten letter that states that due to an auto accident TERPENING would not be able to keep appointments this week with Illinois Department of Revenue, Illinois Department of Workers Comp, and FBI. The letter continues, "HOWEVER, I WILL BE ABLE TO DELIVER LOAD TO POINT OF ROCKS WYOMING 1-25-11 @ 7AM AS LONG AS WEATHER AND/OR OTHER PREVIOUS CONDITIONS ARE MET. IE $15K TO DOLLAR GENERAL, 10 NEW TIRES/RIMS TO DOLLAR, ALTERNATOR TO DOLLAR GENERAL, NO LATER THAN NOON 1-22-11".

54. Pages two and three of the fax are a two-page repair

16

estimate from The Wright Place Auto Body, Inc. in Pittsfield, Illinois, for TERPENING's 2004 Ford Explorer Sport Trac. The estimate shows a date and time of 01/14/2011, 8:47 am. Front end damage is listed, and the estimated cost of repairs is $4,012.56. A claim number is handwritten on both pages of the estimate, but no insurance company name is written.

55.  On January 18, 2011, Fox received a two-page fax. The transmission stamp shows it was sent on that day at 13:19 from Eagle Business Products, fax number 573-754-3101, which is in Louisiana, Missouri. Page one of the fax was a Missouri Department of Revenue Affidavit For Mechanic Lien Title (form 1062) signed by TERPENING and notarized by Christina M. Boyd in Pike County, Missouri, on January 18, 2011. TERPENING listed Fox's semi-truck as a vehicle in TERPENING's possession. TERPENING listed Fox as the owner of the vehicle. TERPENING listed himself as the lien holder and the mechanic/garage. TERPENING listed the amount of repair/storage as $65,000 and wrote that the payment was 45+ days overdue. TERPENING signed the form, certifying he had possession of the vehicle and that the owner had defaulted in payment. TERPENING wrote "17 DECEMBER 2010" as the date owner notified by certified mail.

56.  Page two of the fax was a Missouri Department of Revenue Application For Missouri Title And License, signed by TERPENING. Fox's truck is described and TERPENING is listed as the owner and

17

lien holder of the truck.

57.   On January 21, 2011, Fox received an envelope in the mail
at his residence addressed to "MARK FOX" at Fox's address.   The
envelope had as a return address "TERPENING, GENERAL DELIVERY,
PITTSFIELD, ILLINOIS 62363."   The postmark, while not entirely
clear, appeared to be January 19, 2011, St. Louis, Missouri.

58.   The envelope contained a handwritten letter and a
photocopy of a U.S. Postal Service Delivery Confirmation Receipt.
The letter was handwritten on both sides of one piece of paper.

59.   On one side was written:

```
"TO    FOX TRUCKING                 DEC 17TH 2010

       MARK-LUKE-FOX                LIVINGSTON MT

FROM   INVESTIGATOR (PUBLIC)        "YELLOW STATE"

       KEN TERPENING
```

IN RE   PAYOUT - FOREWARNING!

OK   I HAVE DOCUMENTED FOR YOU ALL OF YOUR COMPANY
SHORTCOMING(S), AND YOUR EMPLOYEE SHORTCOMING(S), TO INCLUDE YOUR
ATTEMPTING TO EVADE STATE WITHHOLDING TAX, EVADE STATE WORKER COMP
TAX, YOUR CARGO INS SHORTCOMINGS, AND NOW YOUR UNWILLINGNESS OR
INABILITY TO PAY ALL FEES TO ME AUTHORIZED BY DISPATCH TO INCLUDE
CHARGE BOOKS, MOTELS, FOOD, EQUIPMENT REPAIRS, [unreadable word] OF
DISPATCH, [unreadable word] OPERATIONS AND OVERALL REPORT SUBMITTED
WITH THIS BILL.   BOTTOM LINE - PAY WITHIN 30 DAYS OF THIS CERTIFIED

18

RECEIPT OR EQUIPMENT WILL BE SIEZED [sic] [and symbol] LIQUIDATED $65000 DUE  Ken."

60.  On the other side of the page was written:  "FOLLOW THE FUCKING INSTRUCTIONS ON DEALS".  Under those words, is the signature "Ken".  Under the signature is the instruction for Fox to leave $15K in cash, 10 tires and rims, and an alternator at Dollar General in Winchester, Illinois.  Also written on this page is:  "YOU ASKED FOR IT YOU GOT IT!" and "NEVER FUCK WITH MY FAMILY!"

61.  TERPENING wrote "FOX TRUCKING JACKSONVILLE ILLINOIS 62750" on the enclosed U.S. Postal Service Delivery Confirmation Receipt.  Over the words Postmark Here on the receipt is a stamp showing LIVINGSTON, MT 59047, DEC 17 2010, USPS.

62.  Fox told the affiant he did not receive this letter or anything like it until January 21, 2011.

63.  Fox was away from his home from the evening of January 21, 2011, until the evening of January 30, 2011.  When Fox collected his mail, he found an envelope addressed to "JAMES MARK [and symbol] LUKE FOX."  The envelope had as a return address "TERPENING, GENERAL DELIVERY, PITTSFIELD, ILLINOIS 62363."  The postmark showed the envelope was mailed in Springfield, Illinois, on January 22, 2011.

64.  The envelope contained a letter and three business cards. The letter was handwritten on both sides of one piece of paper.  On one side TERPENING wrote:

19

"TO  FOX TRUCKING                    17 JAN 2011

    MARK-LUKE-FOX                   PITTSFIELD, IL

FROM  CHIEF CUTTHROAT

    KEN TERPENING

IN RE  SOON TO BE A DEAD PERSON(S)

    AS REQUIRED BY LOCAL, STATE, AND FEDERAL LAW, I AM INFORMING YOU THAT YOU MARK FOX, WILL SOON BE DEAD FROM THE CUT-THROATS FROM MIAMI FL, DENVER CO, SEATTLE WA, DUE TO YOUR DISRESPECT OF MY FAMILY AND ATTEMPT TO SUBVERT SAME. I ALSO NEED TO INFORM YOU AND LUKE PURSUANT TO LOCAL, STATE, FEDERAL LAW THAT THE CUTTHROATS OF LONG BEACH CA WILL MOVE ON LUKE IN HIS 2ND STORY APT DUE TO HIS DISRESPECT TO ME (DRINKING HIS LUNCHES, LYING, AND AUTHORIZING EXPENSES THAT HE KNEW WAS TO BE NEVER REPAID.) FUCK YOU  Ken."

    65.  On the other side of the page is written:  "AGAIN FOLLOW THE FUCKING INSTRUCTIONS ON DEALS TO THE LETTER [and symbol] AMOUNTS Ken".

    66.  Along with the letter, enclosed is a typed-print business card with the following text:

Ken Terpening
PRESIDENT
Vietnam Vets
CHIEF CUTTHROAT
Pittsfield/Quincy, Illinois

    67.  Also enclosed are two typed-print business cards with the following text:

20

KEN TERPENING
Guardian Angel
(White Angel of Death)
Gives Passage
to:_____
with/without exceptions

68.  On both cards, the word "GIVES" is scratched out and the word "NO" is written.  On one card, "JAMES MARK FOX" is on the "to" line.  On the other card, "JAMES LUKE FOX" is on the "to" line.

69.  On February 9, 2011, the affiant called TERPENING's mobile telephone number and left a voice mail message.  TERPENING returned the affiant's call, and on February 10, 2011, TERPENING and the affiant had a telephone conversation.  The affiant asked TERPENING about his dispute with Fox, and TERPENING replied, "Fuck Mark Fox." TERPENING said Fox owed him money for parts and repairs and for teaching Fox and Fox's son about trucking and dispatching.

70.  TERPENING told the affiant he did not think he would be arrested for holding onto the cargo because he had stated in his letters to Fox that he would deliver the load if Fox paid him what was owed to him.  TERPENING said he was holding onto the truck and trailer because he had put his own money into them and had an ownership interest in them.

71.  TERPENING told the affiant he had dealt with the FBI about 30 years ago in Alton, Illinois, under the same circumstances. TERPENING said the FBI told him he could be arrested for interfering

21

with interstate commerce.   TERPENING said he was paid the money owed
to him, he released the property he was holding, and he was not
arrested.   The affiant found no record of this matter in FBI files.

72.   TERPENING told the affiant he drove Fox's truck and
trailer, with the load, as far west as Rawlins, Wyoming, which was
about 80 miles away from where the load was supposed to be delivered.
TERPENING fueled up the truck in Rawlins and headed back east toward
Illinois.   TERPENING said he did not need to add any fuel to the truck
on his way back to Illinois because the truck had enough fuel to drive
about 1,200 miles.

73.   TERPENING told the affiant he left the trailer with the
cargo on it at a truck stop called the Rocket Plaza near Palmyra,
Missouri.   TERPENING drove the truck to Quincy, Illinois, and parked
the truck on a fenced-in lot belonging to a friend.   TERPENING
provided the address of the lot and the owner's telephone number to
the affiant.   TERPENING met the affiant in Jacksonville, Illinois,
and provided the key to Fox's semi-truck that was parked in Quincy,
Illinois.

22

74.   Missouri Highway Patrol troopers located the trailer and cargo at the truck stop where TERPENING said he left it.   Quincy Police Department located the truck where TERPENING said he parked it.


s/ David Harmon

_____

David Harmon
Special Agent, FBI


Subscribed and sworn to before me this 22nd day of February, 2011.

s/ Byron G. Cudmore

_____

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE


23