UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 11-mj-03009

KENNETH R. TERPENING,

        Defendant.

_____

**SECOND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT:
DEFENDANT'S REQUEST TO PROCEED *PRO SE*
AND DEFENSE COUNSEL'S CONFLICT OF INTEREST**

_____

**NOW COMES** the defendant, **KENNETH R. TERPENING**, by attorney Thomas G. Wilmouth, and hereby requests leave of the Court to allow counsel to withdraw on two (2) basis.

(1)    In a note dated March 24, 2011, and post-marked March 25, 2011, the defendant communicated to counsel that counsel's services were terminated and that the defendant desired to proceed *pro se*. The defendant directed counsel to have no future contact with him. *United States v. Berry*, 565 F.3d 385 (7th Cir. 2009) is the Seventh Circuit's most recent pronouncement concerning circumstances similar to

1

those presented in this case.

(2)     Based upon information contained in the same note referenced above, counsel has learned that a conflict of interest is created by his continued representation of Mr. Terpening, pursuant to Rule 1.7(b) of Article VIII of the Illinois Rules of Professional Conduct [A lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's own interests].  Pursuant to Rule 1.6(a) of the Illinois Rules of Professional Conduct [Confidentiality of Information], defense counsel believes that he is prohibited from disclosing further information or documentation in support of his motion to withdraw on this basis, *i.e.*, the perceived conflict of interest.

Dated at Springfield, Illinois this 30th day of March, 2011.

Respectfully submitted,


By:   s/ Thomas G. Wilmouth
      Thomas G. Wilmouth
      Assistant Federal Public Defender
      WI State Bar ID 1011746
      600 East Adams Street, 2nd Floor
      Springfield, Illinois  62701
      Telephone: (217) 492-5070
      Fax: (217) 492-5077
      E-mail: tom_wilmouth@fd.org

**COUNSEL FOR KENNETH R. TERPENING**

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following party:

Gregory M. Gilmore and Jason M. Bohm
Assistant United States Attorneys
Office of the United States Attorney
318 South Sixth Street
Springfield, Illinois 62701

                        By:  s/ Thomas G. Wilmouth
                              Thomas G. Wilmouth
                              Assistant Federal Public Defender
                              WI State Bar ID 1011746
                              600 East Adams Street, 2nd Floor
                              Springfield, Illinois  62701
                              Telephone: (217) 492-5070
                              Fax: (217) 492-5077
                              E-mail: tom_wilmouth@fd.org

                              **COUNSEL FOR KENNETH R. TERPENING**