5-22-11 E-FILED
Thursday, 26 May, 2011 01:24:45 PM
Clerk, U.S. District Court, ILCD

To   FEDERAL MAGISTRATE CUDMORE

From  KEN TERPENING  Pro SE

In RE  RETURN TO/FOR TRIAL
      BEGIN 120 DAY SPEEDY TRIAL

As Per YOUR ORDER TO RETURN ME, DEFENDANT TO SPRINGFIELD, Illinois, FEDERAL COURT AFTER "MEDICAL STUDY" FMC LEXINGTON KY IS Completed "WITHIN A REASONABLE TIME" HAS BEEN Completed. As MY MEDICAL HEALTH HAS Improved SOMEWHAT, I BELIEVE I AM READY TO Complete VOYAGE BACK TO SAID SPRINGFIELD Illinois, WITH PROVISIONS (IE OXYGEN, NUTRITION, Limited MEDICATIONS) SO As I CAN AGAIN APPEAR "BEFORE YOU" TO BEGIN 120 DAY SPEEDY TRIAL Provision.

THEREFORE I REQUEST THAT A ORDER BE ISSUED BY THIS HONORABLE COURT TO EXPEDITE MY RETURN TO SPRINGFIELD, Illinois, SO As I MAY APPEAR BEFORE YOU FOR SOME INTERESTING CHANGES/AND/OR TO BEGIN PROCEEDINGS.

RESPECTFULLY
Ken Terpening
KEN TERPENING
DEFENDANT Pro SE

NO COPY MACHINE AVAILABLE FOR CC FEDERAL PROSECUTOR
      STANDBY ATTORNEY

TIM PFANNER
USP LEAVENWORTH
100 HWY TERRACE
LEAVENWORTH KS
66048

INDIGENT
NOTICE: This correspondence was mailed from a correctional institution

62701/9999

RECEIVED

MAY 26 2011

U.S. MAGISTRATE JUDGE
BYRON G. CUDMORE

HONORABLE BYRON G. CUDMORE FEDERAL MAGISTRATE
CUDMORE
EAST ADAMS ST
FEDERAL COURT HOUSE
SPRINGFIELD, ILLINOIS
62701

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.44⁰
0001621438  MAY 23  2011
MAILED FROM ZIP CODE 66048