**E-FILED**
Tuesday, 19 July, 2011  03:18:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 11-cr-30022 |
| | ) |
| KENNETH TERPENING, | ) |
| Defendant. | ) |

<u>FIRST MOTION FOR CONTINUANCE</u>

Now comes the Defendant KENNETH TERPENING by and through his appointed standby counsel Bruce D. Locher and respectfully requests this Honorable Court to continue the trial presently scheduled in this matter.  As reasons therefore, Defendant states as follows:

1.      The trial is scheduled for Tuesday, August 2, 2011 at 10:00 a.m.

2.      The Defendant is currently in custody and is being held at the Macon County jail, Decatur, Illinois.

2.      Attorney Bruce D. Locher conferred with the Defendant at the Macon County jail on June 27, 2011 and on that same date, delivered over 1000 pages of discovery documents to correctional personnel at the Macon County jail so that those papers could, in turn, be provided to the Defendant for his review.

3.      Defendant KENNETH TERPENING telephoned counsel's office on July 8, 2011 to advise that the jail personnel had not provided him with the discovery materials.

4.      Counsel for Defendant telephoned jail personnel that same date to inquire about this delayed delivery of discovery to the Defendant.  No return phone call was received.

5.      On July 13, 2011, Defendant telephoned counsel's office, again indicating that

jail personnel had not provided the discovery materials to him.  Counsel followed up on this by leaving several voice mail messages with different offices within the Macon County Sheriff's Office to request the delivery of these documents to the Defendant.

6.     When no response was received from the jail personnel, counsel contacted personnel at the U.S. Marshall's Office for their assistance in this matter.

7.     On the late afternoon of Thursday, July 14, 2011, Defendant TERPENING called counsel to report that he had been provided with all of the discovery materials by the jail personnel and would begin reading and reviewing the documents.

8.     There will not be sufficient time from the date on which the Defendant received the discovery materials until the trial date for counsel and Defendant to properly prepare a defense in this matter.

9.     In addition, counsel for Defendant will be out-of-state from Tuesday, August 2, 2011 through and including Sunday, August 7, 2011.

10.     The Government, through AUSA Jason Bohm,  has no objection to a continuance of the trial in this matter.

WHEREFORE, for the above reasons, Defendant KENNETH TERPENING through his standby counsel Bruce D. Locher respectfully requests that the trial scheduled for August 2, 2011 be continued.

Respectfully submitted,


s/   Bruce D. Locher _____
Bruce D. Locher
Standby Counsel for Defendant KENNETH TERPENING

Bruce D. Locher, #01680056
Attorney at Law
1212 South Seventh Street
Springfield, Illinois  62703
217-528-9546
www.brucelocherlaw.com

<u>PROOF OF SERVICE</u>

     I certify that on July 19, 2011, I electronically filed the foregoing Motion for Continuance with the U.S. District Court using the CM/ECF system which will send notification of such filing to AUSA Jason Bohm.


                  s/       Caroline M. Becker            

Continuance 1 - Terpening