E-FILED
Friday, 23 September, 2011  03:12:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

FILED

SEP 2 3 2011

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
           PLAINTIFF )
                               )  NO 11 CR 3022
       V                       )
                               )      30022
KENNETH R TERPENING )
           DEFENDANT )

MOTION FOR MEDICALLY INDUCED MENTAL
EXAMINATION (HEART RELATED)

Now comes the Defendant Kenneth R Terpening
Pro Se who requests that a medically induced
mental state of mind be scheduled ASAP for
a examination by a forensic qualified
Psychologist/Psychiatrist ASAP to qualify any/all
underlying problems related to medical induced
mental problems. So sayeth the Defendant.

Kenneth Terpening
KENNETH R TERPENING
DEFENDANT Pro Se
9-21-2011



**MENTAL HEALTH CENTERS** OF CENTRAL ILLINOIS

710 North Eighth Street, Springfield, Illinois 62702
Phone (217) 525-1064 • Fax (217) 525-9047
TTY (217) 588-7805 • www.mhcci.org

A Memorial Health System Affiliate

September 11, 2009

To Whom It May Concern:

Mr. Kenneth R. Terpening contacted this agency after being referred for a mental health evaluation. Preliminary assessment information was gathered by this clinician in order to determine appropriateness for a more comprehensive assessment. No symptoms of serious mental illness were reported or observed at this time. He denies any suicidal or homicidal ideation/intent. This agency provides assessment and treatment for individuals who present with symptoms of a severe and chronic mental illness but does not provide routine assessments/evaluations if no treatment needs are indicated.

Based on this preliminary assessment, Mr. Terpening did not present with any symptoms that would deem him appropriate for mental health treatment from our agency at the current time. This was discussed with him, and he was encouraged to return should the need arise.

Sincerely,

Catherine Bockmier

Catherine Bockmier
Access Center



000595



USA
FIRST-CLASS
FOREVER

SPRINGFIELD IL 627

22 SEP 2011 PM 4 L

CLERK OF THE COURT
UNITED STATE DISTRICT COURT
MONROE ST COURT HOUSE
SPRINGFIELD ILLINOIS
62701

KEN TEARMAN PUBLIC